UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # 6

---

Dwyer
-v-
Central Intelligence Agency

---

U.S.C.A. # _____

U.S.D.C. # 08-W-2115

JUDGE: KMW

DATE: May 22, 2008

*[Stamp: U.S. DISTRICT COURT FILED MAY 22 2008]*

# INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME):   THOMAS R. PISARCZYK
FIRM:   U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK
ADDRESS:   500 PEARL STREET, ROOM 370
          NEW YORK, NEW YORK 10007
PHONE NO.:   (212) 805 - 0636

**DISTRICT COURT DOCKET ENTRIES** ----------------------------------------------

**DOCUMENT DESCRIPTION**                                              **DOC. #**

CLERK'S CERTIFICATE

SEE ATTACHED LIST OF NUMBERED DOCUMENTS

(✓) Original Record                         (___) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 22ND Day of May, 2008.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------
               Dwyer
                    -v-

                 CIA
---------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # 08 CV 2115

JUDGE: KMW

DATE: May 22, 2008

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered _____ Through _____, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

Date Filed          Document Description

_____          _____
_____          _____
_____          _____
_____          _____
_____          _____
_____          _____
_____          _____
_____          _____

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 22ND Day of May In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
      Deputy Clerk

APPEAL, CLOSED, MEMBER, PRO-SE

**U.S. District Court**
**United States District Court for the Southern District of New York (Foley Square)**
**CIVIL DOCKET FOR CASE #: 1:08-cv-02115-KMW**
**Internal Use Only**

Dwyer v. Central Intelligence Agency et al
Assigned to: Judge Kimba M. Wood
Lead case: 1:08-cv-02110-KMW
Member case: (View Member Case)
Cause: 28:1331 Fed. Question: Other

Date Filed: 03/03/2008
Date Terminated: 03/03/2008
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 03/03/2008 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Thomas F. Dwyer.(laq) (Entered: 03/12/2008) |
| 03/03/2008 | 2 | COMPLAINT against Central Intelligence Agency, Malcolm Tombs, University of Sussex, Thomas F. Dwyer, Sr. Document filed by Thomas F. Dwyer.(laq) (Entered: 03/12/2008) |
| 03/03/2008 | 3 | DUPLICATE ORIGINAL - ORDER OF DISMISSAL, Plaintiff brings these two complaints, (1:08-cv-2110 & 1:08-cv-2115), seeking to proceed in forma pauperis with respect to both actions. The Court consolidates these two actions and the requests to proceed in forma pauperis are granted. For the reasons set forth, however, both of plaintiff's actions are dismissed. Accordingly, plaintiff's actions are dismissed as frivolous because they fail to state a claim on which relief may be granted. 28 U.S.C.1915(e)(2)(B)(i), (ii). The Court notes that plaintiff is no stranger to this Court, as he brought two pervious actions in this Court in forma pauperis, which have been ultimately determined to be frivolous and determined to have failed to state a claim on which relief may be granted. Plaintiff is warned that the filing of another complaint in this Court based on allegations which are determined to be frivolous, determined to fail to state a claim on which relief may be granted, and/or determined to be otherwise non-meritorious may result in plaintiff being barred from filing any future complaint in this Court in forma pauperis. The Court certifies pursuant to 28 U.S.C.1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 3/3/08) (laq) (Entered: 03/12/2008) |
| 03/03/2008 | 4 | JUDGMENT. Ordered, Adjudged and Decreed: That the complaint be and is hereby dismissed. 28 U.S.C. 1915(e)(2). We certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order will not be taken in good faith. (Signed by Judge Kimba M. Wood on 3/3/08) (laq) (Entered: 03/12/2008) |
| 03/03/2008 | | Magistrate Judge Henry B. Pitman is so designated. (laq) (Entered: 03/12/2008) |
| 03/03/2008 | | CONSOLIDATED MEMBER CASE: Create association to 1:08-cv-02110-KMW. (laq) (Entered: 03/12/2008) |
| 05/01/2008 | 5 | NOTICE OF APPEAL from 4 Judgment - Sua Sponte (Complaint). Document filed by Thomas F. Dwyer. (tp) (Entered: 05/20/2008) |
| 05/01/2008 | | Appeal Remark as to 5 Notice of Appeal filed by Thomas F. Dwyer. $455.00 APPEAL FEE DUE. IFP REVOKED 3/3/08. (tp) (Entered: 05/20/2008) |
| 05/20/2008 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 5 Notice of Appeal. (tp) (Entered: 05/20/2008) |
| 05/20/2008 | | Transmission of Notice of Appeal to the District Judge re: 5 Notice of Appeal. (tp) (Entered: 05/20/2008) |